COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       In the Interest of M.A.B. IV v. Department of Family and Protective
                           Services

Appellate case number:     01-15-00388-CV

Trial court case number:   2014-00044J

Trial court:               314th District Court of Harris County

     Appellant's Motion for Supplemental Clerk's Record is GRANTED.

     The clerk's record of the abatement hearing is **past due**. The district clerk is **ORDERED** to supplement the appellate record with the items requested by appellant by request submitted to the district clerk on July 13, 2015 **within 2 (two) days of the date of this order**. This is an accelerated appeal on a parental termination matter, and should be given priority. No extensions of this deadline will be considered.

     It is so ORDERED.


Judge's signature: /s/ Rebeca Huddle
          ☑ Acting individually    ☐ Acting for the Court


Date: July 17, 2015